■ In the Matter of REMY J., a Person Alleged to be a Juvenile Delinquent, Appellant. [3 NYS3d 591]—

Orders of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about December 19, 2013, which adjudicated appellant a juvenile delinquent upon his admission that he committed acts that, if committed by an adult, would constitute the crimes of menacing in the third degree and criminal mischief in the fourth degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion in denying appellant's request to convert the juvenile delinquency proceeding into a person in need of supervision proceeding (*see e.g. Matter of Steven O.*, 89 AD3d 573 [1st Dept 2011]). A period of probation was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection, given the violent nature of the underlying incidents, as well as appellant's prior violent acts and general misbehavior at home and school, lack of remorse, truancy and drug use. Concur— Mazzarelli, J.P., Friedman, Sweeny, Gische and Kapnick, JJ.